

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

```
JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
EDWARD G. VERONDA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336 / Fax: (702) 388-6418
Edward.G.Veronda@usdoj.gov
```
*Attorneys for the United States*

**FILED**
**U.S. MAGISTRATE JUDGE**

DATE: October 7, 2022

TIME: 10:50 a.m.

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>SUMONTINEE SRIDEJ<br>aka SUMONTHINEE WONGKAEW<br>aka SUMONTINEE HUGHES. | Case No. 2:22-mj-00792-EJY<br><br>**MOTION TO SEAL**<br><br>**(Filed Under Seal)** |

The United States of America, by and through Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, respectfully moves this Honorable Court for an Order sealing the Complaint, this Motion, the Arrest Warrant, any supporting documents and docket entries, and the Court's Sealing Order, in the above-captioned matter, until such time as this Honorable Court, or another Court of competent jurisdiction, shall order otherwise.

In this case, an order sealing the Complaint would be appropriate because the defendant has not yet been arrested, and the existence of the extradition sought by the Thai government is neither public nor known to Sumontinee Sridej, and its disclosure may alert her of a pending arrest. Accordingly, there is reason to believe that the disclosure of the information contained within the Complaint will jeopardize the investigation, including by giving Sridej an opportunity to flee, relocate, or take actions to otherwise frustrate the investigation.

To facilitate Sridej's arrest, the Government respectfully requests that this Court grant the Government's motion and seal the Complaint and Arrest Warrant in this case, as well as this Motion and the Court's Order on this Motion

DATED this 7th day of October, 2022.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ Edward G. Veronda
EDWARD G. VERONDA
Assistant United States Attorney

2

**FILED**
**U.S. MAGISTRATE JUDGE**

DATE: October 7, 2022

TIME: 10:50 a.m.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

IN THE MATTER OF
THE EXTRADITION OF

SUMONTINEE SRIDEJ
aka SUMONTHINEE WONGKAEW
aka SUMONTINEE HUGHES.

Case No. 2:22-mj-00792-EJY

**Order Granting Government's Motion to Seal Complaint**
**(Filed Under Seal)**

Based on the pending Motion of the Government, and good cause appearing, IT IS HEREBY ORDERED that the Complaint, the Arrest Warrant, the Motion, and this Court's Sealing Order in the above-captioned matter shall be sealed until further Order of the Court.

DATED this 7th day of October, 2022.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

3