# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Sumontinee Sridej,<br><br>    Defendant. | Case No. 2:22-mj-00792-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the extradition hearing currently scheduled for Monday, October 26, 2022 at 10:30 a.m., be vacated and continued to Wednesday, November 30, 2022 at the hour of 10:00 a.m. in Courtroom 3C.

DATED this 21st day of October 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3